IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 03 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02779-BNB

AMEL JOSEPH OLIER,

    Applicant,

v.

DAVID ZUPAN, WARDEN, Fort Lyon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, John Suthers,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Mesa County District Court
            P.O. Box 20000-5030
            Grand Junction, Colorado 81502

(2)   Assistant Solicitor General
      Appellate Division
      Office of the Attorney General
      1525 Sherman Street
      Denver, Colorado  80203; and

(3)   Court Services Manager
      State Court Administrator's Office
      101 W. Colfax, Ste. 500
      Denver, Colorado  80202

DATED February 3, 2011, at Denver, Colorado.

                                BY THE COURT:

                                 s/ Boyd N. Boland
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02779-BNB

Amel Joseph Olier
Prisoner No. 141456
Ft Lyon Correctional Facility
Ft Lyon, CO 81038

Clerk of the Court
Mesa County District Court
P.O. Box 20000-5030
Grand Junction, Colorado 81502

Assistant Solicitor General
Appellate Division
Office of the Attorney General
1525 Sherman Street
Denver, Colorado 80203

Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado 80202

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 3, 2011.

                                              GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                         Deputy Clerk