IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2011

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 10-cv-02779-BNB

AMEL JOSEPH OLIER,

    Applicant,

v.

DAVID ZUPAN, WARDEN, Fort Lyon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, John Suthers,

    Respondents.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 23, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02779-BNB

Amel Joseph Olier
Prisoner No. 141456
Ft Lyon Correctional Facility
PO Box 1000
Ft Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk